JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNERSTONE ONDEMAND, INC. a Delaware Corporation,<br><br>　　　　Plaintiff and Counter-Defendant,<br><br>　v.<br><br>HF MANAGEMENT SERVICES, LLC, a New York limited liability company, doing business as Health First; and DOES 1 through 10, inclusive,<br><br>　　　　Defendant and Counter-Claimant. | Case No. 2:24-cv-04487-AB-MAR<br><br>**ORDER DISMISSING CIVIL ACTION** |

Pursuant to the parties' Stipulation, all claims in this action are hereby **<u>DISMISSED</u>** with prejudice.

**SO ORDERED.**

Dated: September 5, 2024

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1.